UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Derrick R. Sturm,<br>Attorney at Law, Bar No. 8277 | Case No. 2:24-ms-00026-MMD<br><br>ORDER OF DISBARMENT |

     Attorney Derrick Sturm, State Bar No. 8277, was disbarred by the California Supreme Court pursuant to the Order of Disbarment filed August 31, 2015. On July 17, 2024, this Court issued and entered an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. The OSC provided Mr. Sturm with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Sturm. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

     It is therefore ordered that Derrick R. Sturm, Bar No. 8277, is hereby disbarred from practice in the United States District Court for the District of Nevada.

     DATED THIS 20th Day of September 2024.

MIRANDA M. DU<br>
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 23rd Day of September 2024, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Derrick R. Sturm
>Sturm Legal Services
>3753 Howard Hughes Pkwy., Suite 200
>Las Vegas, NV 89169

>Certified Mail No.: 7018 3090 0001 1133 1194

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada